UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | File No. 24-cv-2224 (ECT/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Levi Strauss & Co., | |
| Defendant. | |

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Notice of Dismissal with Prejudice filed by Plaintiff Julie Dalton [ECF No. 9], **IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs to any party.

Date: October 10, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court